# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ANTONIO ROSS  PLAINTIFF
ADC #155232

v.   CASE NO. 5:18-CV-00127 BSM

GERALD ROBERSON, Sheriff,
Jefferson County; JEFFERSON
COUNTY  DEFENDANTS

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 10] have been received. No objections were filed. After careful review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Ross's petition for writ of *habeas corpus* is dismissed without prejudice and constitutes a "strike" under 28 U.S.C. section 1915(g). It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 29th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE